UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV 4360

**Plaintiff**

Caruso Glynn, LLC

-v-

SAI Trust and Robert Membreno,

**Defendant**

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Caruso Glynn, LLC_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 6/27/11

Signature of Attorney

**Attorney Bar Code:**

Form Rule7_1.pdf