Civil Action No. 11 CIV 4360

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SAI Trust**
was received by me on *(date)* **07/20/2011** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Mark Membreno** , who is
designated by law to accept service of process on behalf of *(name of organization)* **SAI TRUST**
**2072 B Walsh Avenue Santa Clara CA 95050** on *(date)* **09/16/2011** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **09/16/2011**

_____
*Server's signature*

**Zac Sweigart**
*Printed name and title*

o/b/o NY Server LLC 218 Main St #382 East Setauket NY 11733

*Server's address*

Additional information regarding attempted service, etc:

1215 PM M/Wht/Brwn Hair/45-50yrs/6'2"/161-200lbs
Recipient denied being affiliated with named defendant although they share the last name.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11 CIV 4360

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Robert Membreno as trustee of SAI Trust
was received by me on *(date)*   07/20/2011   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Mark Membreno   , who is
designated by law to accept service of process on behalf of *(name of organization)*   SAI TRUST
2072 B Walsh Avenue Santa Clara CA 95050   on *(date)*   09/16/2011   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/16/2011

*Server's signature*

Zac Sweigart
*Printed name and title*

o/b/o NY Server LLC 218 Main St #382 East Setauket NY 11733

*Server's address*

Additional information regarding attempted service, etc:

1215 PM M/Wht/Brwn Hair/45-50yrs/6'2"/161-200lbs
Recipient denied being affiliated with named defendant although they share the last name.
Mailing was done on 9/6/2011 via service agency in NY



U.S. POSTAGE
PAID
SELDEN, NY
11784
SEP 06, 11
AMOUNT

$1.15
0000423-04

UNITED STATES
POSTAL SERVICE

1000

Certified Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

From:

UNITED STATES
POSTAL SERVICE®

PERSONAL & CONFIDENTIAL
218 MAIN STREET #322
EAST SETAUKET NY 11733

To:

Robert Mondavi
c/o SAT Inst
2010 B Walsh Ave
Santa Clara CA 95050

PS Form 3817, April 2007 PSN 7530-02-000-9065