HILL RIVKINS LLP
45 Broadway – Suite 1500
New York, NY 10006
Telephone: 212-669-0600
Facsimile: 212-669-0698
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

| | |
|---|---|
| CARUSO GLYNN, LLC<br><br>                  Plaintiff,<br><br>     -Against-<br><br>SAI TRUST and ROBERT MEMBRENO,<br>Individually and as Trustee for SAI TRUST,<br><br><br>                  Defendants. | Civil Action No.: 7:11-cv-4360 (VB)<br>ECF CASE<br><br><br><br><br>NOTICE OF LIMITED APPEARANCE |

**PLEASE TAKE NOTICE** that John J. Sullivan, Esq., a member of the law firm of HILL RIVKINS LLP, and admitted to practice in this District, hereby enters his *limited* appearance as counsel for Defendants, SAI TRUST and ROBERT MEMBRENO, Individually and as Trustee for SAI TRUST, for purposes of challenging jurisdiction, and requests that notice of all matters arising herein and service of all papers and documents filed herein, be served upon:

> HILL RIVKINS LLP
> 45 Broadway
> New York, NY 10006
> Telephone:  212-669-0600
> Facsimile:   212-669-0698
> e-mail: jsullivan@hillrivkins.com

Dated: New York, New York
           October 21, 2011

1

        HILL RIVKINS LLP
        Attorneys for Defendants

By: /s/ John J. Sullivan
       John J. Sullivan
       45 Broadway – Suite 1500
       New York, New York 10006
       212-669-0600