UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CARUSO GLYNN, LLC,

                Plaintiff,

  -against-

SAI TRUST and ROBERT MEMBRENO,
Individually and as Trustee for SAI TRUST,

                Defendants.

-------------------------------------------------------X

Case No.: 11 Civ. 4360 (VLB)(VB)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 27, 2011 with the filing of a Summons and Complaint, copy of the Summons and Complaint having been properly served on the defendant, SAI TRUST on September 16, 2011, and proof of such service thereof was filed on September 23, 2011.

I further certify that the docket entries indicate that defendant, SAI TRUST, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SAI TRUST is hereby noted.

Dated: New York, New York
       November 28, 2011

                              RUBY J. KRAJICK
                              Clerk of the Court

                         By: _____
                               Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/11