

Briccetti, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CARUSO GLYNN, LLC,

              Plaintiff,

  -against-

SAI TRUST and ROBERT MEMBRENO,
Individually and as Trustee for SAI TRUST,

             Defendants.
-------------------------------------------------------

Case No.: 11 Civ. 4360 (VB)

**ORDER TO SHOW CAUSE**

RECEIVED DEC 07 2011

      Upon the annexed Affidavit of Lawrence C. Glynn, dated December 6, 2011, and upon the pleadings and prior proceedings in this action,

      **LET** the defendant, SAI TRUST show cause before the Honorable Vincent L. Briccetti of this Court to be held at the Courthouse, 300 Quarropas Street, Room 630, White Plains, New York on the 28 day of December, 2011, at 10:00, why an Order pursuant to Fed. R. Civ. P. 55(b)(2) should not be entered granting plaintiff's motion for default judgment.

      **ORDERED**, that service of a copy of this order, together with the papers upon which it is based, upon Hill Rivkins LLP via Certified Mail on or before 12-21-11 be deemed good and sufficient service.

                        ENTER,

                        _____
                        Vincent L. Briccetti   U.S.D.J.

Dated: White Plains, New York
       December 8, 2011