## AFFIRMATION OF SERVICE

Lawrence C. Glynn, an attorney duly admitted to practice law in the State of New York, affirms under penalties of perjury and says upon information and belief:

1.      I am a member of the firm of CARUSO GLYNN LLC, attorneys for the plaintiff. I am not a party to this action, am over 18 years of age and reside in Queens, New York.

2.      On December 19, 2011, I served the within Order to Show Cause, Affirmation of Lawrence C. Glynn in Support of Motion for Default Judgment, Memorandum of Law and Proposed Judgment upon the following:

> John J. Sullivan
> Hill Rivkins, LLP
> Attorneys for Defendant
> *SAI Trust*
> 45 Broadway, Suite 1500
> New York, New York 10006

at the addresses designated by said attorneys/parties for that purpose, via certified, priority mail, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

Dated: New York , New York
       December 20, 2011

                                    /s/ *Lawrence C. Glynn*
                                    Lawrence C. Glynn