HILL RIVKINS LLP
45 Broadway – Suite 1500
New York, NY 10006
Telephone: 212-669-0600
Facsimile: 212-669-0698
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARUSO GLYNN, LLC<br><br>　　　　　Plaintiff,<br><br>　-Against-<br><br>SAI TRUST and ROBERT MEMBRENO, Individually and as Trustee for SAI TRUST,<br><br>　　　　　Defendants. | Civil Action No.: 7:11-cv-4360 (VB)<br>ECF CASE<br><br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE THAT** the Defendants, SAI TRUST and ROBERT MEMBRENO, Individually and as Trustee for SAI TRUST, hereby move this Honorable Court to dismiss this action under F.R.C.P. 4(m) and F.R.C.P. 12(b)(5) for failure to properly serve the summons and complaint upon the defendants, to stay and/or dismiss this action pursuant to Section 3 of the United States Arbitration Act and/or Section 7503 of the New York Civil Practice Law & Rules pursuant to a valid arbitration agreement in writing, and/or to dismiss the First, Second, Fourth and Fifth Causes of Action in the Complaint pursuant to F.R.C.P. 12(b)(6) for failure to state a cause of action. In support of this motion, the Defendants reply upon the plaintiff's Complaint, the accompanying Declaration of John J. Sullivan, Esq., and the Exhibits attached thereto, the

accompanying Declaration of Robert Membreño and the Exhibits attached thereto, the accompanying Declaration of Marc Membreño, and the accompanying Memorandum of Law.

                                           Respectfully submitted,

Dated: New York, New York
         December 23, 2011

                                      HILL RIVKINS LLP
                                      Attorneys for Defendants

                    By: _____
                                  John J. Sullivan
                                   45 Broadway – Suite 1500
                                   New York, New York 10006
                                   212-669-0600