**MEMO ENDORSED**

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

September 5, 2012

*By Fax 914-390-4170*

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10606

        Re:    Caruso Glynn LLC v. SAI Trust & Robert Membreno
                Docket No. 7:11-cv-4360
                Our ref. 30937-JJS

Dear Honorable Sir:

       This office represents defendants, SAI Trust and Robert Membreno in the above-captioned matter. We write in response to the September 4, 2012, letter to the Court from plaintiff.

       Both this Court and Queens County Civil Court have ordered the parties to arbitration in accordance with Part 137 of the New York Court Rules and Regulations. Plaintiff is seeking to avoid the consequences of its stipulation and the Orders of both Courts by asserting a contingency fee claim that cannot be maintained in good faith under any interpretation of the New York law. Plaintiff's letter of September 4th seeks to re-visit the Court's July 9, 2012, Order without a proper basis procedurally or substantively.

       On this date we have written to the Arbitration Administrator in Queens County reaffirming our clients' intention to arbitrate the fee dispute in accordance with the parties' stipulation and the Courts' Order.

       We thank the Court for its attention to the foregoing.

                                    Respectfully yours,

                                    HILL RIVKINS LLP

                                    John J. Sullivan

JJS:mgw
30937\005-Judge Briccetti

      Cc:    Lawrence C. Glynn
                Caruso Glynn LLC
                53-04 193rd Street
                Fresh Meadows, NY 11365

[Handwritten endorsement: "Clerk is directed to docket this letter. VB USDJ 9/10/12"]

| NEW JERSEY | TEXAS | CALIFORNIA |
|---|---|---|
| 102 South Broadway | 55 Waugh Drive, Suite 1200 | Hill Rivkins/Brown & Associates |
| South Amboy, NJ 08879-1708 | Houston, Texas 77007 | 11140 Fair Oaks Boulevard, Suite 100 |
| Tel: 732 838-0300  Fax: 732 316-2365 | Tel: 713 222 1515  Fax: 713 222-1359 | Fair Oaks, CA 95628-5126 |
| e-mail: thefirm@hillrivkins.com | e-mail: thefirm@hillrivkins.com | Tel: 916 535-0263  Fax: 916 535-0268 |
| | | e-mail: thefirm@brnlaw.com |