

RE: Caruso Glynn, LLC v. SAI Trust et al 11-cv-04360-
Lawrence Glynn    to: Donna_Hilbert, jsullivan           11/27/2012 03:49 PM

2 attachments

 
arb.3.ltr.pdf    hon.briccetti.5.ltr.pdf

Dear Ms. Hilbert:

On October 29, 2012, the attached letter was sent to the Eleventh Judicial District, Office of Court Administration with a cc to Judge Briccetti. Therein, we advised OCA (and Judge Briccetti) that following the arbitration held on October 22, 2012 and the decision rendered thereafter, and pursuant to 22 NYCRR 137, we are proceeding with a trial de novo as is our right under the arbitration rules.

Having not heard anything further from the Court in response to our October 29, 2012 letter, the second attached letter was sent to the Court yesterday via regular mail. Accordingly, we respectfully request that the stay in this matter now be lifted.

Very truly yours,

Lawrence C. Glynn

Caruso Glynn, LLC
53-04 193rd Street
Fresh Meadows, N.Y. 11365
(718) 570-3338
(718) 767-2474 (fax)
www.carusoglynn.com
twitter @cargolaw

-----Original Message-----
From: Donna_Hilbert@nysd.uscourts.gov
[mailto:Donna_Hilbert@nysd.uscourts.gov]
Sent: Tuesday, November 27, 2012 3:22 PM
To: lglynn@carusoglynn.com; jsullivan@hillrivkins.com
Subject: Caruso Glynn, LLC v. SAI Trust et al 11-cv-04360-

*Handwritten endorsement:* All counsel are directed to attend a status conference in Courtroom 620 on: 12/21/12 at 10:30 A.M. So ordered: VBr USDJ 12/3/12

```
| 09/1  | v | ENDORSED LETTER addressed to Judge Vincent L. Briccetti
| 0/20  | i | from Lawrence C. Glynn dated 9/4/2012 re: We respectfully
| 12    | e | request that the Court order that either 1)the parties
|       | w | shall arbitrate this firms counterclaim in a separate
|       | 2 | Ibrum, or 2) that the stay in this matter be lifted so
|       | 1 | that we may proceed to litigate our counterclaim for the
|       |   | amount set forth in our Complaint. ENDORSEMENT: To the
|       |   | extent this letter seeks reconsideration of the Court's
|       |   | 7/9/2012 Memorandum Decision, it is DENIED. The stay
|       |   | remains in effects. The parties are directed to provide a
|       |   | status report by letter to the Court by no later than
|       |   | 11/9/12. (Signed by Judge Vincent L. Briccetti on
|       |   | 9/10/2012) (rj) (Entered: 09/10/2012)
```

# CARUSO GLYNN, LLC

COUNSELORS AT LAW
53-04 193rd STREET
FRESH MEADOWS, NEW YORK 11365
TELEPHONE: (718) 570-3338
FACSIMILE: (718) 767-2474

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICHLER †

† Admitted in NY & NJ

e-mail to lglynn@carusoglynn.com
www.carusoglynn.com

36 PECK SLIP
NEW YORK, NY 10038
(212) 346-9090

November 26, 2012



Honorable Vincent L. Briccetti
United States District Judge
United States District Court
300 Quarropas Street, Room 630
White Plains, New York 10601

      Re:   *Caruso Glynn, LLC v. SAI Trust*
             Case No.:   **11 Civ. 4360 (VLB)**
             CG File No.:  **88.071108.01**

Dear Judge Briccetti:

      In furtherance to our correspondence dated October 29, 2012 in the above referenced matter, it is respectfully requested that the stay issued by Your Honor in the Court's July 9, 2012 Memoradum Decision now be lifted.

                                Very truly yours,

                                CARUSO GLYNN, LLC

                                *Lawrence C. Glynn*

                                Lawrence C. Glynn

LCG/

cc: Hill Rivkins, LLP
45 Broadway, Suite 1500
New York, New York 10006

# CARUSO GLYNN, LLC

COUNSELORS AT LAW
53-04 193rd STREET
FRESH MEADOWS, NEW YORK 11365
TELEPHONE: (718) 570-3338
FACSIMILE: (718) 767-2474

LAWRENCE C. GLYNN †

OF COUNSEL

NATHANIEL L. EICHLER †

† Admitted in NY & NJ

36 PECK SLIP
NEW YORK, NY 10038
(212) 346-9090

e-mail to lglynn@carusoglynn.com
www.carusoglynn.com

October 29, 2012

Ms. Maria Bradley
Program Administrator
Part 137 Program
Eleventh Judicial District
Office of Court Administration
88-11 Sutphin Boulevard
Jamaica, NY 11435

| | |
|---|---|
| Re: | *Caruso Glynn, LLC v. SAI Trust and Robert Membreno* |
| Case No.: | 247 |
| USDC, SDNY Case No.: | 11 Civ. 4360(VB) |
| CG File No.: | 88.071108.01 |

Dear Ms. Bradley:

Please be advised that the parties attended the scheduled arbitration hearing on October 22, 2012 and a decision was rendered by the panel. Pursuant to 22 NYCRR 137, we are proceeding with the a trial *de novo*. An action has already been commenced in the United States District Court for the Southern District of New York, Case No.: 11 Civ. 4360 (VB).

Very truly yours,

CARUSO GLYNN, LLC

*Lawrence C. Glynn*

Lawrence C. Glynn

LCG/

cc:  Honorable Vincent L. Briccetti
United States District Judge
United States District Court
300 Quarropas Street, Room 630
White Plains, New York 10601

Campeau Goodsell Smith
440 N. 1st Street
Suite 100
San Jose, CA 95112

Hill Rivkins, LLP
45 Broadway, Suite 1500
New York, New York 10006

Edward B. Safran, Esq.
Wall Street Plaza
88 Pine Street
New York, NY 10005