UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARUSO GLYNN, LLC,
                Plaintiff,

v.

SAI TRUST and ROBERT MEMBRENO,
Individually and as Trustee for SAI TRUST,
                Defendants.
-----------------------------------------------------------x

**ORDER**

11 CV 4360 (VB)

On March 21, 2013, the Court received a letter dated March 20, 2013, from Lawrence Munck, seeking to withdraw his declaration submitted in opposition to defendants' motion for summary judgment. (Doc. #51).

The Court has attached Mr. Munck's correspondence to this Order, because it is unclear from the document whether counsel has received a copy of it.

Counsel are directed to respond as they deem appropriate.

Dated: March 21, 2013
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Att: GABRIEL

**RECEIVED MAR 21 2013**
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff:** | Caruso Glynn, LLC |
| **Defendants:** | SAI Trust and Robert Membreno |
| **Case Number:** | 7:2011cv04360 |
| **Filed:** | June 27, 2011 |
| **Court:** | New York Southern District Court |
| **Office:** | White Plains Office |
| **County:** | Albany |
| **Presiding Judge:** | Vincent L. Briccetti |
| **Nature of Suit:** | Contract - Other Contract |
| **Cause:** | 28:1332 |
| **Jurisdiction:** | Diversity |
| **Jury Demanded By:** | Plaintiff |

March 20, 2013

Hon. Vincent L. Briccetti

The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Chambers Fax: (914) 390-4170

Re: Declaration of Lawrence Munck -Docket #51

Judge Bricetti,

I recently submitted a declaration on the above referenced matter. I have since discovered my recollection of statements with regard to Mr. Glynn's employment relationship with Nicoletti Hornig and Sweeney are inaccurate and wish to withdraw my entire declaration.
Thank you.

Very truly yours,
Lawrence Munck