# CARUSO GLYNN, LLC

53-04 193rd STREET
FRESH MEADOWS, NEW YORK 11365
TELEPHONE: (718) 570-3338
FACSIMILE: (718) 767-2474
e-mail: lglynn@carusoglynn.com
www.carusoglynn.com
TAX I.D. NO. 27-0317708

April 1, 2010

File No.:     88.071108
Invoice No.:  7

SAI Trust
2072-B Walsh Avenue
Santa Clara, California 95050
Attn:   Robert Membreno/Marc Membreno

### Description of Services - SAI Trust (In re Calpine)
### Bankruptcy Case No.:   05-60200(BRL)
### United States District Court, Southern District of New York Case No.:   08 Civ. 9797 (VM)
### United States Court of Appeals for the Second Circuit Case No.:   09-2953-cv

| Date | File No. | Description of Services | Hours | Fee |
|---|---|---|---|---|
| N/A | 88.071108 | None | 0.0 | $0.00 |
|  |  | **Total** | **0.0** | **$0.00** |

### Disbursements

| Date | Payee | Description | Amount |
|---|---|---|---|
| N/A | N/A | None | 0.00 |
|  | **Total** |  | **$0.00** |

## Summary of All Fees & Expenses To Date

**Attorney**

| | | |
|---|---|---:|
| Lawrence C. Glynn | 0.0 hours at $320 per hour | $0.00 |

| | |
|---|---:|
| Total Fees (This Period) | $0.00 |
| Total Disbursements | $0.00 |
| Previous Balance | $28,474.20 |
| Payment(s) Received (Thank You) | $2,000.00 |
| **PAST DUE** | **$26,474.20** |
| **BALANCE DUE IMMEDIATELY** | **$26,474.20** |