

```
                    ┌─────────────────────────────────────┐
                    │ HSBC BANK USA, N.A.                 │
                    │                                     │
                    │ OUR REF # 112444945                 │
                    │ DATE: 22/APR/2010                   │
                    │ FED RECEIVE CREDIT ADVICE           │
                    └─────────────────────────────────────┘
```

CREDIT A/C # D641752385         ************$15,089.78            ML03474
REF:2010042200019263
                                        REF:NONREF
CARUSO GLYNN LLC                        RECEIVED VIA FEDERAL RESERVE BANK
5304 193RD ST                           OMAD: L2B76Y1C002071
FRESH MEADOWS, NY 11365-1237
                                        UNION BANK, NATIONAL ASSOCIATION
                                        LOS ANGELES, CA


REMITTER INFORMATION:ORG=A/C-1260008087, SAI TRUST, 2072 B WALSH AVE, SANTA CLAR
A CA   95050-2525,




BENEFICIARY INFORMATION:BNF=A/C-641752385, CARUSO GLYNN LLC, 5304 193RD ST, FRES
H MEADOWS NY 11365-1237, FRESH MEADOWS, BBI=BENEFICIARY S BANK SWIFT: MRMDUS-  3
3RTL




HSBC Bank USA