UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
CARUSO GLYNN, LLC,

                        Plaintiff,

     -against-                                     JUDGMENT

                                                       11 CIVIL 4360 (VB)

SAI TRUST, and ROBERT MEMBRENO,
Individually and as Trustee for SAI Trust,
                        Defendants.
-----------------------------------------------------------------X

      Defendants and Plaintiff, on February 15, 2013, having filed Cross-Motions for Summary Judgment (Docs. #31, 39) and Plaintiff, on March 11, 2013, having filed a Motion to Amend the Complaint, (Doc. #54) and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court, thereafter, on September 9, 2013, having handed down its Memorandum Decision (Doc. #68) denying Plaintiff's motions for Summary Judgment and to Amend the Complaint, granting Defendants' Motion for Summary Judgment, and awarding Defendants $4,320.16 on their Counterclaim, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated September 9, 2013, Plaintiff's Motions for Summary Judgment and to Amend are denied; Defendants' Motion for Summary Judgment is granted, and Judgment is found in favor of the Defendants, on their Counterclaim, in the amount of $4,320.16; accordingly, the case is closed.

**Dated:** White Plains, New York
          September 10, 2013

HON. VINCENT L. BRICCETTI, U.S.D.J.                          RUBY J. KRAJICK
                                                                          Clerk of Court